In the Matter of the Claim of JOSEPH SCHUBERT, Respondent, against CUSHMAN's SONS, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Employee of a large bakery was run down by a truck manually operated by other employees. Causal relation is shown, and the minimum rate of eight dollars per week was properly allowed. (Matter of Kunkel v. Bossert & Sons, Inc., 243 App. Div. 659.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of DELIA MCNAMARA and Others, Respondents, against HANNA FURNACE CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Deceased earned fifteen dollars and ninety-four cents a week, and he gave all of his earnings to his mother. The father lived in the family and earned twenty-six dollars and forty cents a week. The earnings of the son, apart from the value of his board and other items, amounting to eleven dollars a week, were used by the mother in support of the family. The Industrial Board made an award to the mother, and to each of the minor children on the ground of dependency. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ISRAEL TOOG, Respondent, against SAM BIALEK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Claimant fell against bread-mixer machine, receiving injuries, including a broken jaw; his hands were caught in the revolving mechanism of the mixer; his right hand was amputated; and he suffered eighty per cent loss of use of left hand; he lost eight teeth; left side of his face was flattened; there is an adherent scar at the angle of the jaw, and a functional injury to the left eye. He suffers from headache intermittently. The evidence sustains finding of seventy-five per cent loss of earning capacity.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ROBERT BOSDYCK, Respondent, against ROCHESTER FOLDING BOX COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend order, entered October 4, 1935, to read, " Order affirmed, with one bill of costs to be divided by the claimant and the State Industrial Board," granted. [See 245 App. Div. 880; 271 N. Y. 549; Id. 660.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.